UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re:  Jose Ramon Alaniz | : | Case #: 05-55863 |
| Rosa Linda Alaniz | | |
| | : | Chapter 13 |
| | : | Judge Caldwell |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: June 8, 2010                    /s/ Frank M. Pees_____ _____
                                       Frank M. Pees
                                       Chapter 13 Trustee


| Name and Address | Amount |
|---|---|
| ENTERGY LP&L | $16.20 |
| PO BOX 6008 | |
| NEW ORLEANS LA 70174 | |